UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
DUSHON FOSTER,

        Petitioner,

   - against -

UNITED STATES OF AMERICA,

        Defendant.
--------------------------------X

**O R D E R**

16 Civ. 4529 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on June 14, 2016 petitioner filed a motion in the United States Court of Appeals for the Second Circuit for an order authorizing this Court to consider a successive or second motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255(h)(2); and

    **WHEREAS** on June 15, 2016, petitioner filed in this Court a successive motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, <u>see</u> ECF No. 1; and

    **WHEREAS** as of the date of this Order, petitioner's motion pursuant to 28 U.S.C. § 2255(h)(2) has not been authorized; and

    **WHEREAS** absent the requisite authorization from the Court of Appeals, this Court lacks jurisdiction to resolve the motion that remains pending in this action; and

    **WHEREAS** on or around February 24, 2017, petitioner was

released from the custody of the Bureau of Prisons; it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without prejudice to restoring the action should the Court of Appeals authorize petitioner to proceed in this matter.

The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

DATED:    New York, New York
          April 14, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE